STEVEN M. WILKER, OSB #911882
Direct Dial: (503) 802-2040
Email: steven.wilker@tonkon.com
SARAH M. EINOWSKI, OSB #093412
Direct Dial: (503) 802-5738
Email: sarah.einowski@tonkon.com
ALEXANDER M. TINKER, OSB #144939
Direct Dial: (503) 802-5734
Email: alex.tinker@tonkon.com
MEGAN R. REUTHER, OSB# 153919
Direct Dial: (503) 802-2174
Email: megan.reuther@tonkon.com
Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
    *Cooperating Attorneys for the ACLU Foundation of Oregon, Inc.*
    *See signature page for additional counsel*
    *Attorneys for Plaintiffs*

WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
Email: william.manlove@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Deputy City Attorney
Email: naomi.sheffield@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    *Of Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JOSEPH HABER, an individual; et al., | 3:17-cv-01827-PK |
| PLAINTIFFS, | |
| v. | STIPULATED PROTECTIVE ORDER |
| CITY OF PORTLAND, a municipal corporation; et al., | |
| DEFENDANTS. | |

Page 1 - STIPULATED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c)(1) and (2), it is hereby stipulated and agreed by and between the respective parties hereto by their counsel of record the following:

1. Any video or digital recording of the deposition of any plaintiff or defendant, or any officer, agent, employee or former employee of defendant City of Portland, shall be used only for purposes of this litigation.

2. No person shall disseminate the video or digital recording of a deposition to anyone not listed as an attorney of record, their legal assistants and support staff, or experts retained in this litigation. However, the parties agree that named plaintiffs and named defendants may view the video or digital recordings of depositions.

3. To the extent a video or digital recording of a deposition includes material designated for protection under the terms of the stipulated protective order previously entered in this matter (Dkt # 29) or any other similar order, such recording or portion thereof shall be filed under seal if used prior to trial. The use of any video or digital recording of a deposition at or after trial shall be subject to further order of the court.

4. This Stipulated Protective Order shall remain in effect until agreed otherwise by written stipulation signed by counsel for the parties hereto and filed herein, or until modified or terminated by order of this Court upon good cause being shown.

IT IS SO STIPULATED:

/s/ Steven M. Wilker                           Dated: June 7, 2018
Steven M. Wilker | Sarah M. Einowski
Alexander M. Tinker | Megan R. Reuther
*Cooperating Attorneys for ACLU Foundation*
  *Of Oregon, Inc.*
*Attorneys for Plaintiffs*

/s/ Matthew dos Santos                         Dated: June 7, 2018
Matthew dos Santos | Kelly Simon
*Attorneys for Plaintiffs*

/s/ Naomi Sheffield                            Dated: June 7, 2018
William W. Manlove | Naomi Sheffield
*Attorneys for Defendants*

Page 2 - STIPULATED PROTECTIVE ORDER

THIS STIPULATED PROTECTIVE ORDER IS HEREBY APPROVED.

DATED: June 7th, 2018.

_____
U.S. Magistrate Judge Paul Papak