

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | September 20, 2018 |
| Case Number: | 3:17−cv−01827−JR |
| Case Title: | Haber et al v. City of Portland et al |

**(A)    Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Paul Papak to the Honorable Jolie A. Russo, United States District Judge Information on this case may be obtained from the following:

Courtroom Deputy:     Gary Magnuson
                      Telephone: 503−326−8055
                      Email: gary_magnuson@ord.uscourts.gov

Docket Information:   Telephone: 503−326−8050

**(B)    Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)    Change to the Case Number:** Effective immediately, Judge Russo's initials (JR) will replace the previous judge's initials in this case.

                                                                        **MARY L. MORAN**
                                                                        **Clerk of Court**

cc:    Judge Russo
       Counsel of Record

---

[1] All United States Magistrate Judges in this District are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of to a District Judge). We strongly encourage the parties to consent to the jurisdiction of a U.S. Magistrate Judge over dispositive motions, trial, and entry of final judgment in this case by signing and filing a Consent to Jurisdiction by a United States Magistrate Judge. There are no adverse consequences for failure to file a Consent.