WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
Office of City Attorney
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
    *Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **JOSEF HABER, et al.,** | |
|       **PLAINTIFFS,** | Civil No. 3:17-cv-1827 JR |
|   v. | **JOINT STATUS REPORT** |
| **CITY OF PORTLAND, et al.,** | |
|       **DEFENDANTS.** | |

Pursuant to this Court's Order of April 16, 2019, (Dkt. No. 65), the parties submit the following formal Joint Status Report: On February 8, 2019, the parties met for a settlement conference with Judge Coffin.  A settlement has not been reached, but the settlement discussions with Judge Coffin remain ongoing.

        By:

        */s/ William W. Manlove*
        WILLIAM W. MANLOVE, OSB # 891607
        Senior Deputy City Attorney
        NAOMI SHEFFIELD, OSB #170601
        Deputy City Attorney
        *Of Attorneys for Defendants*

Page  1  –  JOINT STATUS REPORT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089

By:

*/s/ Steven M. Wilker*
Steven M. Wilker, OSB No. 911882
Sarah M. Einowski, OSB No. 093412
Alexander M. Tinker, OSB No. 144939
Megan R. Reuther, OSB No. 153919
*Cooperating Attorneys for ACLU Foundation of Oregon, Inc.*

Mathew dos Santos, OSB #155766
Kelly Simon, OSB #154213
*Of Attorneys for Plaintiffs*

Page  2  –  JOINT STATUS REPORT