IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOSEF HABER**, an individual, on behalf of themself and all others similarly situated, **et al.**,

      Plaintiffs,

  v.

**CITY OF PORTLAND et al.**,

      Defendants.

No. 3:17-cv-01827-JR

JUDGMENT

**MOSMAN, J.**,

    Based upon the Order of the Court [ECF 137], it is ordered and adjudged that the case is DISMISSED with prejudice.

    DATED this __9__ day of April, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

1 – JUDGMENT